IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darius Johnson Bey, | No. CV-23-00477-PHX-MTL (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Plaintiff previously amended his complaint. He attempted to amend again but that was stricken from the record because he did not seek leave of court, nor did he follow the requirements of LRCiv 15.1(a). On June 30, 2023, Plaintiff filed two separate docket items. The first, at Docket No. 21, is denominated as an Amended Complaint. The second item, at Docket No. 22, is a motion for leave to amend the complaint.

Defendants oppose the motion for leave to amend.

The Magistrate Judge issued a Report and Recommendation to this Court recommending that Plaintiff should be denied leave to amend. (Doc. 29.) Plaintiff filed an objection to the Report and Recommendation and Defendants responded. (Docs. 30, 31.)

The Court has reviewed the Report and Recommendation, Plaintiff's Objection thereto, the Defendants' Response brief, and other docket filings. The Court finds the Magistrate Judge's reasoning well taken. That is, the proposed amended complaint does not add any new factual allegations that would obviate the pending motions to dismiss. Much of the proposed amended complaint recites sovereign-citizen arguments that lack

merit and have been discredited by courts. Accordingly, the Court will adopt the Report and Recommendation.

**IT IS ORDERED**:

    1.    The Report and Recommendation (Doc. 29) is **ACCEPTED,** and the objections (Doc. 30) are **OVERRULED**;

    2.    Plaintiff's Motion to Amend (Doc. 22) is **DENIED**;

    3,    The Clerk of Court shall **STRIKE** the proposed amended complaint (Doc. 21) from the docket.

Dated this 11th day of September 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge